IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEYNA RODRIGUEZ, | : | |
| INDIVIDUALLY AND AS PARENT | : | CIVIL ACTION |
| AND NATURAL GUARDIAN OF | : | |
| JOHN DOE, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |
| DEPARTMENT OF | : | |
| HUMAN SERVICES, et al., | : | No. 14-187 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **6th** day of **March, 2014**, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Federal Claims, and Plaintiffs' response thereto, and for the reasons provided in this Court's Memorandum dated March 6, 2014, it is hereby **ORDERED** that:

1. The motion (Document No. 2) is **GRANTED**.

2. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims, and therefore Plaintiffs' state law claims are **DISMISSED without prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.